James T. Burton and Ada Burton, defendants in error, v. Ralph O. Proctor, plaintiff in error. Gen. No. 24,360.

Action for rent. Judgment for plaintiffs. Error to the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed May 21, 1919.

Drucker & Boutell and William A. Jennings, for plaintiff in error. Oscar E. Leinen, for defendants in error.

Mr. Justice Taylor delivered the opinion of the court.

---

Illinois Smelting & Refining Company, appellant, v. The Wilkoff Company, appellee. Gen. No. 24,419.

Action to recover money paid under contract of purchase, on breach of contract. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and judgment entered here. Opinion filed May 21, 1919.

Cunningham & Oswald, for appellant. Culver, Andrews, King & Stitt, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

John F. O'Dowd, appellee, v. National Council of the Knights & Ladies of Security, appellant. Gen. No. 24,285.

Action for recovery on beneficiary certificate issued by fraternal society. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed May 21, 1919.

A. W. Fulton and John V. McCormick, for appellant. Busch, Liessmann & Roemer, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Max Shulman and Bernard Shulman, copartners, trading as Shulman & Shulman, defendants in error, v. Sol. K. Graff, plaintiff in error. Gen. No. 24,346.

Action to recover money due under contract. Judgment for plaintiffs. Error to the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed May 21, 1919. Rehearing denied June 9, 1919.

Charles Leviton, for plaintiff in error. Shulman & Shulman and Meyer Abrams, for defendants in error.

Mr Justice Thomson delivered the opinion of the court.